# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132555

EL PASO PRODUCTION OIL & GAS
COMPANY,
         Plaintiff-Appellee,

v

PRIVATE BUSINESS, INC.,
         Defendant,

and

BRONCO OIL COMPANY, INC.,
         Defendant-Appellant.

SC: 132555
COA: 268141
Ingham CC: 04-000671-CZ

_____/

On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

s0220